JS-6

ROBIE & MATTHAI
A Professional Corporation
EDITH R. MATTHAI, ESQ. (SBN 66730)
KYLE KVETON, ESQ. (SBN 110805)
350 S. Grand Avenue, Suite 3950
Los Angeles, California 90071-2609
Telephone:   (213) 706-8000
Facsimile:   (213) 706-9913
E-mail:       ematthai@romalaw.com
                   kkveton@romalaw.com

Attorneys for Plaintiff ARMED FORCES INSURANCE EXCHANGE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMED FORCES INSURANCE EXCHANGE, a Kansas for Profit Corporation,<br><br>              Plaintiff,<br><br>      vs.<br><br>DENENBERG TUFFLEY, PLLC, a Michigan Professional Limited Liability Company; [if California] and DOES 1 through 20, inclusive,<br><br>              Defendants. | CASE NO.:  2:19-cv-8920-JWH-KSx<br><br><br>**FINAL JUDGMENT** |

Before the Court is the Parties' Joint Stipulation/Motion for Dismissal with Prejudice (the "Motion") [ECF No. 26]. The Parties have notified the Court that they have settled all matters in this lawsuit. Accordingly, the Court hereby **GRANTS** the Motion and **DISMISSES WITH PREJUDICE** all parties, issues, and claims in his lawsuit, with all costs of court taxed against the party incurring same.

1
FINAL JUDGMENT

1   The Court further **ORDERS** that all court settings in this case are hereby canceled
2  and that the Clerk of Court **CLOSE** this case.  All relief not granted herein is **DENIED**.
3  **IT IS SO ORDERED.**

DATED: January 5, 2021

_____
JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE